James L. BOUCHARD, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2008–3067.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2008.

Rehearing En Banc Denied Oct. 8, 2008.

Beverly B. Bates, Bates & Baum, of Atlanta, GA, argued for petitioner.

Allison Kidd–Miller, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Gregg M. Schwind, Trial Attorney.

MAYER and LINN, Circuit Judges and ILLSTON, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

* Honorable Susan Yvonne Illston, District Judge, United States District Court for the District of Northern California, sitting by designation.

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.